Hilari Allred
The Law Office of Hilari Allred
725 Washington St., 2nd Floor
Oakland, California 94607
Telephone: (510) 836-2444
Facsimile: (510) 380-7420
Email: hilari@allredimmigration.com
California State Bar Number: 208736

Attorney for Applicant

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Anatoliy Bubnov,<br><br>　　Applicant,<br><br>　　v.<br><br>Rosemary Melville, District Director,<br>U.S. Citizenship and Immigration Services,<br>San Francisco, California,<br><br>　　Respondent. | C 07 3276 JCS<br><br>Agency File No. A46-791-238<br><br>APPLICATION FOR HEARING ON<br>NATURALIZATION APPLICATION |

The applicant respectfully alleges as follows:

### I. Jurisdiction

The court's jurisdiction to consider this matter is conferred upon it by §336(b) of the Immigration and Nationality Act, 8 U.S.C. §1447(b).

### II. The Parties

The applicant, Anatoliy Bubnov, is a lawful permanent resident of the United States who filed an application for naturalization with the respondent on March 29, 2004. The

respondent, as district director of the U.S. Citizenship and Immigration Services in San Francisco, is authorized by law to adjudicate such applications and to naturalize those who are qualified to become American citizens.

### 3. Cause of Action and Relief Requested

In accordance with §335 of the Act, 8 U.S.C. §1446, the applicant appeared at the San Francisco immigration office on November 4, 2004 for an examination of his qualifications for naturalization. Since that date, the respondent has taken no action to decide his application. He is therefore asking the court to order him naturalized as an American citizen or to remand his application to respondent with instructions to act on it within 60 days, as authorized by §336(b) of the Act when more than 120 days have elapsed since a naturalization applicant has appeared for an examination of his qualifications.

Dated: June 21, 2007

Respectfully submitted,

Hilari Allred
Attorney for Applicant