SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLIY BUBNOV, | No. C07-3276 JCS |
|     Petitioner, | |
| v. | ANSWER TO COMPLAINT |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, | |
|     Respondent. | |

    Respondent hereby submits her answer to Petitioner's Application for Hearing on Naturalization Application.

**I. JURISDICTION**

    The first unnumbered paragraph consists of Petitioner's allegation regarding jurisdiction, to which no responsive pleading is required; however, to the extent a responsive pleading is deemed necessary, Respondent denies that this Court has jurisdiction under any of the provisions cited in this paragraph.

**II. THE PARTIES**

    Respondent admits the allegations in the second unnumbered paragraph.

///

///

ANSWER
07-3276 JCS

**III. CAUSE OF ACTION AND RELIEF REQUESTED**

Respondent admits the first sentence in the third unnumbered paragraph with the exception that Respondent avers that the examination was on November 8, 2004. Respondent denies the second sentence in this paragraph. The remaining allegations consists of Petitioner's conclusions of law for which no answer is necessary; however, to the extent a response is deemed to be required, Respondent denies the remaining allegations.

**AFFIRMATIVE AND OR OTHER DEFENSES**

All allegations not here before specifically admitted, denied, or modified, are hereby denied. For further and separate answer, Respondent alleges as follows:

FIRST DEFENSE

The Court lacks jurisdiction over the subject matter of this action.

SECOND DEFENSE

The Complaint fails to state a claim against the Respondent upon which relief can be granted.

THIRD DEFENSE

No acts or omissions by the United States or its employees were the proximate cause of any injury or damages to the Petitioner.

FOURTH DEFENSE

At all times alleged in the complaint, Respondent was acting with good faith, with justification, and pursuant to authority.

FIFTH DEFENSE

The Respondent is processing the application referred to in the Complaint to the extent possible at this time. Accordingly, no relief as prayed for is warranted.

///
///
///
///
///

WHEREFORE, Respondent prays for relief as follows:

That judgment be entered for Respondent and against Petitioner, dismissing Petitioner's Application with prejudice; that Petitioner takes nothing; and that the Court grant such further relief as it deems just and proper under the circumstances.

Date: August 20, 2007                                   Respectfully submitted,

                                                            SCOTT N. SCHOOLS
                                                            United States Attorney

                                                                         /S/
                                                           MELANIE L. PROCTOR
                                                           Assistant United States Attorney
                                                           Attorneys for Respondent