SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLIY BUBNOV, | No. C07-3276 JCS |
|     Petitioner, | |
| v. | DECLINATION TO PROCEED BEFORE A MAGISTRATE JUDGE AND REQUEST FOR REASSIGNMENT TO A UNITED STATES DISTRICT JUDGE |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, | |
|     Respondent. | |

    Respondent hereby declines to consent to the assignment of this case to a United States Magistrate Judge for trial and disposition, and hereby requests the reassignment of this case to a United States District Judge.

Dated: August 20, 2007                      Respectfully submitted,

                                      SCOTT N. SCHOOLS
                                      United States Attorney

                                        _____/S/_____
                                        MELANIE L. PROCTOR
                                        Assistant United States Attorney
                                        Attorneys for Defendants

DECLINATION
07-3276 JCS