IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

**ANATOLITY BUBNOV,**
    Plaintiff(s),

v.

No. **C-07-3276 -SC**

**ROSEMARY MELVILLE,**
    Defendant(s).

**Clerk's Notice**

(Plaintiff is required to serve, and file proof of service with the Court, any party involved not listed on the attached proof of service.)

YOU ARE NOTIFIED THAT the Court has scheduled a **Case Management Conference** on **November 16, 2007 at 10:00 A.M.**. before the Honorable Samuel Conti. The parties are to file one joint Case Management Statement seven days prior to the Conference.

Please report to Courtroom 1, on the 17th floor, U.S. Courthouse, 450 Golden Gate Avenue, San Francisco, CA 94102.

Dated:     August 22, 2007                      FOR THE COURT,

Richard W. Wieking, Clerk

By: T. De Martini
      Courtroom Deputy Clerk