1  SCOTT N. SCHOOLS (SC 9990)
   United States Attorney
2  JOANN M. SWANSON (CSBN 88143)
   Chief, Civil Division
3  MELANIE L. PROCTOR (CSBN 228971)
   Melanie.Proctor@usdoj.gov
4  Assistant United States Attorney

5    450 Golden Gate Avenue, Box 36055
     San Francisco, California 94102-3495
6    Telephone: (415) 436-6730
     FAX: (415) 436-6927
7
   Attorneys for Respondent
8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10
                        SAN FRANCISCO DIVISION
11
   ANATOLIY BUBNOV,                )    No. C07-3276 JCS
12                                  )
              Petitioner,           )
13                                  )
         v.                         )    STIPULATION TO DISMISS AND
14                                  )    [PROPOSED] ORDER
   ROSEMARY MELVILLE, District      )
15 Director, U.S. Citizenship and Immigration )
   Services,                        )
16                                  )
              Respondent.           )
17 _____ )

18      On June 21, 2007, Petitioner filed a petition for a hearing on his naturalization application,

19 pursuant to 8 U.S.C. § 1447(b). On August 24, 2007, Respondents informed Petitioner that they are

20 prepared to adjudicate his application, but cannot do so until the instant complaint is withdrawn.

21 Accordingly, Petitioner voluntarily withdraws the complaint, without prejudice.

22 ///
23 ///
24 ///
25 ///
26 ///
27 ///
28 ///

STIPULATION TO DISMISS
07-3276 SC

Each of the parties shall bear their own costs and fees.

Dated: August 30, 2007                                      Respectfully submitted,

SCOTT N. SCHOOLS
United States Attorney

_____/s/_____
MELANIE L. PROCTOR[1]
Assistant United States Attorney
Attorneys for Respondents

Dated: August 29, 2007                                      _____/s/_____
HILARI ALLRED
Attorney for Petitioner

**ORDER**

Pursuant to stipulation, IT IS SO ORDERED.

Dated: _____

SAMUEL CONTI
United States District Judge

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
07-3276 SC                                      2