SCOTT N. SCHOOLS (SC 9990)
United States Attorney
JOANN M. SWANSON (CSBN 88143)
Chief, Civil Division
MELANIE L. PROCTOR (CSBN 228971)
Melanie.Proctor@usdoj.gov
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6730
    FAX: (415) 436-6927

Attorneys for Respondent

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANATOLIY BUBNOV, | No. C07-3276 JCS |
|     Petitioner, | |
| v. | STIPULATION TO DISMISS AND [~~PROPOSED~~] ORDER |
| ROSEMARY MELVILLE, District Director, U.S. Citizenship and Immigration Services, | |
|     Respondent. | |

On June 21, 2007, Petitioner filed a petition for a hearing on his naturalization application, pursuant to 8 U.S.C. § 1447(b). On August 24, 2007, Respondents informed Petitioner that they are prepared to adjudicate his application, but cannot do so until the instant complaint is withdrawn. Accordingly, Petitioner voluntarily withdraws the complaint, without prejudice.

///
///
///
///
///
///
///

STIPULATION TO DISMISS
07-3276 SC

1    Each of the parties shall bear their own costs and fees.

2    Dated: August 30, 2007                              Respectfully submitted,

3                                                        SCOTT N. SCHOOLS
                                                         United States Attorney
4
                                                         _____/s/_____
5                                                        MELANIE L. PROCTOR[1]
                                                         Assistant United States Attorney
6                                                        Attorneys for Respondents

7

8    Dated: August 29, 2007                              _____/s/_____
                                                         HILARI ALLRED
9                                                        Attorney for Petitioner

10

11                                    **ORDER**

12   Pursuant to stipulation, IT IS SO ORDERED.

13
     Dated:   8/30/07
14                                                       _____
                                                         SAMUEL [CONTI]
15                                                       United States [District Judge]

*IT IS SO ORDERED*
*Judge Samuel Conti*

---

[1] I, Melanie L. Proctor, hereby attest that I have on file all holograph signatures for any signatures indicated by a "conformed" signature (/S/) within this efiled document.

STIPULATION TO DISMISS
07-3276 SC                              2